# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHERYL B. CANFIELD,** | : |
| | : |
| **Plaintiff** | CIVIL ACTION NO. 3:16-0085 |
| | : |
| v. | |
| | : (JUDGE MANNION) |
| **STATOIL USA ONSHORE PROPERTIES, INC., STATOIL NATURAL GAS LLC, and STATOIL USA** | : |
| | : |
| **Defendants** | : |

## O R D E R

For reasons stated in the court's memorandum issued this same day, the plaintiff's motion for leave to file a sur-reply, (Doc. 56), is **DENIED** and the plaintiff's proposed sur-reply, (*Id*., Ex. A), is **STRICKEN** from the record.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: December 27, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-0085-01-Order.wpd