# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHERYL B. CANFIELD,** : | |
| Plaintiff : | **CIVIL ACTION NO. 3:16-0085** |
| v. : | **(JUDGE MANNION)** |
| **STATOIL USA ONSHORE PROPERTIES INC., STATOIL NATURAL GAS LLC, and STATOIL ASA,** : : : | |
| Defendants. | |

## O R D E R

For reasons stated in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the motion to dismiss filed by defendant Statoil Natural Gas LLC, (Doc. 25), is **GRANTED** in its entirety and all claims against Statoil Natural Gas LLC are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED THAT** the motion to dismiss filed by defendant Statoil USA Onshore Properties Inc. and Statoil ASA, (Doc. 31), is **GRANTED IN PART** and **DENIED IN PART** as follows:

(1) All claims against Statoil ASA are **DISMISSED WITH PREJUDICE** as the court lacks subject-matter jurisdiction over those claims and lacks personal jurisdiction over Statoil ASA;

(2) The plaintiff's first, second, third, fifth, and sixth claims for relief against Statoil USA Onshore Properties Inc. stated in the plaintiff's complaint, (Doc. 1), are **DISMISSED WITH PREJUDICE**; and

(3) The plaintiff's remaining claims against Statoil USA Onshore Properties Inc. shall proceed as indicated by the court's accompanying memorandum.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:  March 22, 2017**