**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHERYL B. CANFIELD,** | : | |
| Plaintiff, | : | CIVIL ACTION NO. 3:16-0085 |
| v. | : | (JUDGE MANNION) |
| **STATOIL USA ONSHORE PROPERTIES INC.,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

# O R D E R

For reasons stated in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the plaintiff's motion for reconsideration, (Doc. 75), of the court's March 22, 2017 order and memorandum, (Docs. 72–73), is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: June 12, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-0085-03-Order.wpd