# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANGELO R. RESCIGNO, SR.,** | : | |
| **AS EXECUTOR OF THE ESTATE** | | |
| **OF CHERYL B. CANFIELD,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:16-85** |
| v. | : | (JUDGE MANNION) |
| **STATOIL USA ONSHORE** | : | |
| **PROPERTIES INC.,** | | |
| | : | |
| **Defendant** | | |

## ORDER

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1) Intervenors' motion to intervene, (Doc. 138), is **DENIED**;

(2) SOP's motion to strike Intervenors' brief in opposition to the motion for preliminary approval of settlement, (Doc. 114), is **GRANTED**; and

(3) Intervenors' brief in opposition to the motion for preliminary approval of settlement, (Doc. 111) is **STRICKEN FROM THE RECORD**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: July 8, 2020**
16-0085-04-ORDER