# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELO R. RESCIGNO, SR., AS EXECUTOR OF THE ESTATE OF CHERYL B. CANFIELD, | : : : | |
| Plaintiff | : | CIVIL ACTION NO. 3:16-85 |
| v. | : | (JUDGE MANNION) |
| STATOIL USA ONSHORE PROPERTIES INC., | : : | |
| Defendant | | |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** Rescigno's motion for preliminary approval of the parties' settlement agreement and appointment of class representatives and class counsel, (Doc. 101), is **GRANTED** as follows:

**(1)** The class referenced in the parties' settlement agreement, (Doc. 137), is preliminarily certified as a settlement class as follows:

> Royalty Owners in Northern Pennsylvania who have entered into oil and gas leases, regardless of the type of lease, that provide that the Royalty Owner is to be paid Royalties and to whom [SOP] has (or had) an obligation to pay Royalties on production attributable to [SOP]'s working interest. All named plaintiffs are preliminarily appointed as class representatives for the settlement class;

**(2)** Robbins Gellar Rudman & Dowd LLP, The Clark Law Firm, P.C, and Chitwood Harley Harnes LLP are preliminarily approved as class counsel;

**(3)** The settlement agreement, (Doc. 137), is preliminarily approved, subject to final approval at a final fairness hearing;

**(4)** Gilardi & Co. LLC is preliminarily approved as the settlement administrator;

**(5)** The proposed class notice form, attached to the settlement as Exhibit A-1, (Doc. 137-2), is approved and shall be sent out pursuant to the terms of the settlement agreement;

**(6)** The following schedule and procedures for completing the final approval process as set forth in the parties' settlement agreement are hereby approved as follows:

| | |
|---|---|
| Deadline to mail notices ("the Notice Date") | Fourteen (14) calendar days after entry of the court's preliminary approval order |
| Deadline to file motions in support of final approval of settlement, plan of administration, and any application(s) for attorneys' fees and expenses | Thirty-five (35) calendar days prior to the final fairness hearing |
| Deadline to submit requests for inclusion or objection to settlement, plan of administration, and/or attorneys' fees and expenses | Twenty-one (21) calendar days prior to the final fairness hearing |

| Class counsel to provide SOP copies of all requests for exclusion | Fourteen (14) calendar days prior to the settlement hearing |
| --- | --- |
| Deadline to file replies in support of the settlement, plan of administration, and/or any attorneys' fees and expenses; and Deadline to file proof of notice | Seven (7) calendar days prior to the settlement hearing |
| Final fairness hearing | At the court's convenience, but no fewer than one-hundred (100) days after the court's preliminary approval order |

**(7)** The final approval hearing is hereby preliminarily set for **October 16, 2020 at 10:30 a.m.,** in Courtroom 3, William J. Nealon Federal Building & Courthouse, 235 N. Washington Avenue, Scranton, PA 18501; and

**(8)** In accordance with the above schedule provided by the parties, **thirty-five (35) days prior** to the final fairness hearing, the parties shall file motions and memoranda in support of final approval of the settlement agreement.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: July 8, 2020**
16-0085-05-ORDER