# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANGELO R. RESCIGNO, SR.,** | : | |
| **AS EXECUTOR OF THE ESTATE** | | |
| **OF CHERYL B. CANFIELD,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:16-85 |
| v. | : | (JUDGE MANNION) |
| **STATOIL USA ONSHORE** | : | |
| **PROPERTIES INC.,** | | |
| | : | |
| Defendant | | |

## ORDER

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1)  Intervenors' motion to stay, (Doc. 155), is **DENIED**.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: August 4, 2020**
16-0085-06-ORDER