UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELO R. RESCIGNO, SR., AS EXECUTOR OF THE ESTATE OF CHERYL B. CANFIELD, | : : : : : |
| Plaintiff, | : Civ. A. No. 3:16-CV-85-MEM |
| v. | : (Judge Mannion) |
| STATOIL USA ONSHORE PROPERTIES, INC., | : : : |
| Defendant. | : : |

**OBJECTORS ALAN AND CAROL MARBAKER, JERRY L. CAVALIER, AND FRANK K. HOLDREN'S MOTION FOR STAY OF PROCEEDINGS**

Objectors and absent class members Alan and Carol Marbaker, Jerry L. Cavalier, and Frank K. Holdren respectfully request that the Court enter an order granting them leave to take discovery and requiring the parties to provide them with their requested discovery by September 4, 2020.  The reasons in support of this motion are set forth in the accompanying brief, which is incorporated herein by reference.

Because the Court's schedule for final approval is tight, as explained in the accompanying brief, Objectors respectfully request that the Court order expedited briefing on their motion.

WHEREFORE, Alan and Carol Marbaker, Jerry L. Cavalier, and Frank K. Holdren respectfully request that the Court enter an order granting them leave to take discovery of the parties and requiring the parties to provide the requested documents and information by September 4, 2020.

      /s/ Arleigh P. Helfer III
Ira Neil Richards (PA I.D. 50879)
Arleigh P. Helfer III (PA I.D. 84427)
SCHNADER HARRISON
SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 751-2000

Aaron D. Hovan (PA I.D. 308412)
154 Warren Street
Tunkhannock, PA 18657
(570) 836-3121

Richard L. Huffsmith (PA I.D. 78895)
26 East Tioga Street
Tunkhannock, PA 18657
(570) 240-4400

*Attorneys for Intervenors Alan and Carol Marbaker, Jerry L. Cavalier, and Frank K. Holdren*