UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELO R. RESCIGNO, SR., : <br> AS EXECUTOR OF THE ESTATE <br> OF CHERYL B. CANFIELD, : <br> : <br> Plaintiff : | CIVIL ACTION NO. 3:16-85 |
| v. : | (JUDGE MANNION) |
| STATOIL USA ONSHORE : <br> PROPERTIES INC., <br> : <br> Defendant | |

## ORDER

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** Objectors' motion for leave to take discovery, (Doc. 166), is

DENIED.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE:  April 20, 2021**
16-0085-08-ORDER