UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELO R. RESCIGNO, SR., <br> AS EXECUTOR OF THE ESTATE <br> OF CHERYL B. CANFIELD, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:16-85 |
| v. | : | (JUDGE MANNION) |
| STATOIL USA ONSHORE <br> PROPERTIES INC., | : | |
| Defendant | : | |

## ORDER

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** Plaintiff's motion for Final Approval of Class Action Settlement and Plan of Allocation, **(Doc. 175)**, and motion for Attorneys' Fees and Expenses and Service Award to Plaintiff and Class Representatives, **(Doc. 179)** are **GRANTED**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE:  January 10, 2023**
16-0085-09-ORDER