UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELO R. RESCIGNO, SR., AS EXECUTOR OF THE ESTATE OF CHERYL B. CANFIELD, | : |
| Plaintiff, | : CIVIL ACTION NO. 3:16-85 |
| v. | : (JUDGE MANNION) |
| STATOIL USA ONSHORE PROPERTIES INC., et al., | : |
| Defendants. | : |

### ORDER

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) Objectors' motion for reconsideration, **(Doc. 235)**, is **DENIED**.

*(signature)*

**MALACHY E. MANNION**
United States District Judge

**DATE: February 13, 2023**
16-85-10-ORDER